UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :

v.  :  Cr. No. 3:02CR302 (JCH)

JUDSON BROWN  :

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Anthony E. Kaplan, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Tuesday, November 22, 2005 at 11:30 a.m., there will come before the Honorable Janet C. Hall, United States District Judge, at Bridgeport, Connecticut, the criminal case of <u>United States v. JUDSON BROWN</u>, Criminal Number 3:02CR302 (JCH).

2. That the above named defendant, JUDSON BROWN, is charged with a violation of Title 21, United States Code, Sections 952(a) and 846.

3. That the said JUDSON BROWN (Inmate No. 101299, DOB       ) is now confined at the Cheshire Correctional Institution, Cheshire, Connecticut.

That the said JUDSON BROWN should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Cheshire Correctional Institution, Cheshire, Connecticut, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said JUDSON BROWN at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on November 22, 2005, at 11:30 a.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR No. ct08083

STATE OF CONNECTICUT    )
                        ) ss: New Haven, CT    October 24, 2005
COUNTY OF NEW HAVEN     )


Personally appeared before me, Anthony E. Kaplan, Assistant United States Attorney, District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, and that the same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.


_____
Notary Jane Vollono

My Commission Expires: 11-30-2008