# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States

v.

Judson Brown

APPEARANCE

FILED
2005 DEC -1 P 12: 31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: 3:02 CR 302 (JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:     Judson Brown

---

November 30, 2005
**Date**

ct19003
**Connecticut Federal Bar Number**

860-657-1010
**Telephone Number**

860-657-1011
**Fax Number**

jkestenband@m-plaw.net
**E-mail address**

*Signature: Jeffrey C. Kestenband*

Jeffrey C. Kestenband
**Print Clearly or Type Name**

2230 Main Street
**Address**

Glastonbury, CT 06033

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Anthony E. Kaplan, Esq.
Assistant United States Attorney
United States Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06508

*Signature: Jeffrey C. Kestenband*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001