# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
District of Connecticut

---

United States
v.
Judson Brown

Docket Number 3:02 CR 302 (JCH)

Janet C. Hall, USDJ
(District Court Judge)

---

Notice is hereby given that __Judson Brown__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]; order [ ]; other [ ]; _____ (specify)

entered in this action on __11/22/05__ (date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ];    sentence only [✓];    conviction and sentence [ ].

Date __November 22, 2005__
TO:

Jeffrey C. Kestenband
(Counsel for Appellant)

Address __Moriarty & Paetzold, LLC__
__2230 Main Street__
__Glastonbury, CT 06033__

Telephone Number __(860) 652-1010__

FILED 2005 NOV 22 P — U.S. DISTRICT COURT BRIDGEPORT, CT

ADD ADDITIONAL PAGE IF NECESSARY

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION – FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [ ] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[ ] Sentence<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))    ▶ Method of payment  [ ] Funds  [✓] CJA Form 24

| ATTORNEY'S signature | DATE |
|---|---|
|  |  |

---

▶ **COURT REPORTER ACKNOWLEDGEMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

**COPY 1 - ORIGINAL**