*CONN/NHCt 02-cr-302 Hall*

# MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): **05-6619**

Motion for: **Withdrawal of Appeal**

Set forth below precise, complete statement of relief sought:

**Withdrawal of appeal.**

Caption [use short title]:

**United States v. Judson Brown**

*[Stamp: U.S. DISTRICT COURT NEW HAVEN, CT — 2008 JAN 10 P 3:08]*
*[Stamp: UNITED STATES COURT OF APPEALS FILED DEC 06 2007 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

MOVING PARTY: **Judson Brown**
☐ Plaintiff   ☒ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: **United States**

MOVING ATTORNEY: **Jeffrey C. Kestenband**
Tindall, Stratton & Kestenband, LLC
170 Grandview Avenue
Waterbury, CT 06708
(203) 755-0018
jkestenband@tsk-law.com

OPPOSING ATTORNEY [Name]: **Anthony E. Kaplan, Esq.**
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700

Court-Judge/Agency appealed from: **Hall, J.**

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?   ☐ Yes   ☒ No
B. been obtained?   ☐ Yes   ☒ No

Is oral argument requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☒ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney: *[signature]*   Date: **12/5/07**

Has service been effected?   ☒ Yes   ☐ No
[Attach proof of service]

### ORDER

IT IS HEREBY ORDERED THAT the motion is **(GRANTED)** DENIED.

**Appeal is withdrawn.**

*[Stamp: UNITED STATES COURT OF APPEALS FILED DEC 11 2007 Catherine O'Hagan Wolfe, Clerk]*

Date: _____

Form T-1080 (Revised 10/11/05)

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court
By: *[signature]*
Judy Pisnanont, Motions Staff Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *[signature]*
DEPUTY CLERK

**ISSUED AS MANDATE: 1-4-08**